IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BARBARA GERWITZ | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL NO.: 5:25-cv-477 |
| | § | |
| GERARD ENDRES AND PV HOLDING CORP. | § | |
| | § | |
| *Defendants.* | § | |

---

## DEFENDANTS' NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant **PV HOLDING CORP.,** by and through its attorneys, NAMAN HOWELL SMITH & LEE, PLLC, submits this Notice of Removal from the District Court of Bexar County, Texas, 57th Judicial District, in which the above-captioned matter is now pending, to the United States District Court for the Western District of Texas, San Antonio Division. In support of said Notice, Defendants state as follows:

### Nature of Action

1.    This is a personal injury action in which Plaintiff claims personal injuries from a auto accident that occurred on or about September 12, 2023, in San Antonio, Texas.

2.    Plaintiff commenced this action on April 25, 2024 by filing her Original Petition in the District Court of Bexar County, Texas, 57th Judicial District, captioned *BARBARA GERWITZ vs. GERARD ENDRES*, Case No. 2024CI08833.

3.    Plaintiff amended her Petition on October 16, 2024, to add Defendant *PV HOLDING CORP (incorrectly sued as "d/b/a P VEHICLE HOLDING CORP")*.

4.      Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders served upon the Defendants are attached hereto as Exhibit A.

## Timeliness of Removal

5.      Defendant GERARD ENDRES was first served with a copy of the First Amended Petition on April 4, 2025.

6.      Defendant PV HOLDING CORP. was first served with a copy of the First Amended Petition on November 12, 2024.

7.      This Notice of Removal is being filed pursuant to a Rule 11 Agreement entered by Plaintiff and Defendant PV Holding Corp. and filed with the court on December 10, 2024 and is within 30 days of services on Mr. Endres, a citizen of Puerto Ricko and is, therefore timely pursuant to 27 U.S.C. §1446(b).

## Amount in Controversy

8.      This is an action in which the Plaintiff seeks recovery monetary relief over $1,000,000. Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## Diversity of Citizenship

9.      At the time of the commencement of this action, and at all times relevant, Plaintiff BARBARA GERWITZ has been, and is, an individual with residence in San Antonio, Bexar County, Texas.

10.     At the time of the commencement of this action, and at all times relevant, Defendant GERARD ENDRES has been, and is, an individual with residence in San Juan, Puerto Rico.

11.    At the time of the commencement of this action, and at all times relevant, Defendant PV HOLDING CORP. has been, and is, a Delaware Corporation with its principal place of business at 300 Centre Pointe Dr., Virginia Beach, Virginia 23462.

12.    Accordingly, pursuant to 28 U.S.C. § 1332(a)(3) full diversity exists among all parties in this action since this Defendant is a corporation whose principal place of business is in a different state than in which Plaintiff is a resident and maintains her respective place of residence.

## Plea for Removal

13.    Insofar as the amount in controversy is alleged to exceed $75,000 and full diversity exists between the parties, removal is proper pursuant to 28 U.S.C. § 1332(a)(3) and 28 U.S.C. § 1441(a).  Contemporaneously herewith, written notice is given to all parties and to the Clerk of the District Court of Bexar County, Texas, 57th Judicial District, that this Notice of Removal is being filed with this Court.

WHEREFORE, Defendants GERARD ENDRES and PV HOLDING CORP. pray that the action captioned *BARBARA GERWITZ vs. GERARD ENDRES AND PV HOLDING CORP. d/b/a P VEHICLE HOLDING CORP.*, Case No. 2024CI08833, be removed from the District Court of Bexar County, Texas, 57th Judicial District, to the United States District Court for the Western District of Texas, San Antonio Division.

Dated this 30th day of April, 2025.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901

BY: _____
      Curtis J. Kurhajec
      State Bar No. 11767200

**ATTORNEYS FOR DEFENDANTS,
GERARD ENDRES AND PV HOLDING CORP.**

## CERTIFICATE OF NOTICE

The undersigned certifies that a copy of the Notice of Removal of this action was filed with the clerk of the 57th Judicial District Court of Bexar County, Texas, on this 30th day of April, 2025.

_____
CURTIS J. KURHAJEC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via the Court's ECF system and by facsimile to all unregistered counsel on this the 30th day of April, 2025.

*Counsel for Plaintiff*
Abel Trevino
Law Offices of Thomas J. Henry
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249
**Via E-Service:**  abeltrevino-svc@tjhlaw.com

_____
CURTIS J. KURHAJEC

# EXHIBIT A

FILED
4/25/2024 3:49 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Victoria Angeles
Bexar County - 57th District Court

Case 5:25-cv-00477-FB    Document 1    Filed 04/30/25    Page 6 of 72    CIT PPS SAC 3

CAUSE NO. ____2024CI08833____

| | | |
|---|---|---|
| **BARBARA GERWITZ,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | ____**JUDICIAL DISTRICT** |
| | § | |
| **GERARD ENDRES,** | § | |
| *Defendant.* | § | **BEXAR COUNTY, TEXAS** |
| | § | |

---

### PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, **BARBARA GERWITZ,** complaining of Defendant **GERARD ENDRES** ("**Defendant**"), and for the following causes of action respectfully shows:

### I.
### DISCOVERY CONTROL PLAN

1. Plaintiff intends that discovery be conducted under Level 3 pursuant to TEXAS RULE OF CIVIL PROCEDURE 190.4.

### II.
### PARTIES

2. Plaintiff is an individual residing in Bexar County, Texas. Pursuant to CIVIL PRACTICE AND REMEDIES CODE §30.014, the last three numbers of her Texas driver license 069.

3. Defendant is an individual residing in San Juan County, Puerto Rico, who may be served at 64 Avaneda Conado, Apt. # 801, San Juan, PR 00907, or wherever he may be found.

Copy from re:SearchTX

## III.
## JURISDICTION & VENUE

4.      This Court has personal jurisdiction over Defendant because he was conducting business in Texas.

5.      The amount in controversy is within the jurisdictional limits of this Court, and the subject matter of this suit falls within the general jurisdiction granted to this Court.

6.      Venue is proper in Bexar County pursuant to § 15.002(a)(1) and (2) of the CIVIL PRACTICE & REMEDIES CODE because the events or omissions giving rise to this this lawsuit occurred in Bexar County, Texas.

## IV.
## FACTS

7.      On or about September 12, 2023, Plaintiff was lawfully operating her vehicle, a 2020 Ford Explorer, at the intersection of Wurzbach and Merkens roads in San Antonio, Texas.

8.      At the same time, Defendant was operating a Mazda CX-5 in the same intersection. Suddenly and without warning, Defendant failed to yield the right-of-way to the Plaintiff who had a green light, disregarded a red light, and struck Plaintiff's vehicle.

9.      Plaintiff suffered damages as a result of Defendant's negligent and reckless actions.

## V.
## CAUSES OF ACTION AGAINST DEFENDANT

*Negligence*

10.     Plaintiff incorporates by reference the foregoing paragraphs as if fully set forth herein.

11.     Defendant had a duty to exercise ordinary care in the operation of his Vehicle. Defendant breached this duty to exercise ordinary care in one or more of the following respects by negligently:

Copy from re:SearchTX

a.  Failing to maintain a safe following distance, in violation of TEXAS TRANSPORTATION CODE §545.062.

b.  Operating his vehicle at a rate of speed that was greater than an ordinary prudent person would have driven under the same or similar circumstances, in violation of TEXAS TRANSPORTATION CODE §545.351.

c.  Failing to maintain a proper lookout or such lookout that a person of ordinary prudence would have maintained under the same or similar circumstances;

d.  Failing to timely apply the brakes of the vehicle in order to avoid the collision at issue;

e.  Failing to make a proper evasive maneuver to avoid the collision in question; and

f.  Failing to blow the horn to warn of imminent danger.

12.     Each of these acts and/or omissions taken singularly or in combination constitute negligence.

13.     Defendant's negligence proximately caused the collision, injuries, and other losses as set forth fully below.

***Gross Negligence***

14.     Defendant's negligent conduct was more than momentary thoughtlessness or inadvertence. Rather, the acts and/or omissions by Defendant, outlined in the above paragraphs, constitute gross negligence as that term is defined in §41.001(11) of the Civil Practice & Remedies Code. Defendant's conduct involved an extreme degree of risk, considering the probability and magnitude of the protentional harm to the Plaintiff. Defendant had actual subjective awareness of the risk involved but, nevertheless proceeded in conscious indifference to the rights, safety, or welfare of the Plaintiff or other similarly situated.

Copy from re:SearchTX

15.     The above act and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

16.     Each of these acts and/or omissions, whether taken singularly or in any combination constitute negligence, negligence per se, and gross negligence which proximately caused the collision and injuries and other losses as specifically set forth herein.

## VI.
## DAMAGES

17.     Plaintiff incorporates by reference the foregoing paragraphs as if fully set forth herein.

18.     Defendant's negligent actions have caused Plaintiff's bodily injury, physical pain, and mental anguish.  Plaintiff's injuries may be permanent in nature such that Plaintiff may suffer future physical pain and mental anguish.

19.     Defendant's negligent actions have caused Plaintiff to incur significant expenses for medical care and will likely cause Plaintiff to incur significant medical expenses in the future.

20.     Plaintiff has also suffered losses and damages to his personal property, including but not limited to damage to his vehicle.

21.     Plaintiff has suffered losses and damages in sum within the jurisdictional limits of this Court.

22.     Plaintiff asserts that the amount of any monetary damages awarded to Plaintiff should be decided by a jury of Plaintiff's peers.  Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff seek monetary relief of at least one million dollars ($1,000,000.00 USD) and a demand for judgment for any and all such other relief to which Plaintiff may be justly entitled.

*Gerwitz v. Endres*
*Plaintiff's Original Petition*

Copy from re:SearchTX

## VII.
## INTEREST

23.     Plaintiff further requests both pre-judgment and post-judgment interest on all Plaintiff's damages as allowed by law.

## VIII.
## DEMAND FOR JURY TRIAL

24.     Plaintiff demands a trial by jury.  Plaintiff acknowledges payment this date of the required jury fee.

## IX.
## NOTICE OF SELF-AUTHENTICATION

25.     Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## X.
## NOTICE OF REQUIRED DISCLOSURES

26.     Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is hereby noticed that the information and/or material described in RULES 194.2, 194.3, and 194.4 is required to be disclosed within thirty (30) days after filing of the first answer.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendant be cited to appear and answer, and on final trial hereafter, and that Plaintiff is given judgment against the Defendant in an amount within the jurisdictional limits of this Court, together with all pre-judgment and post-judgment interest as allowed by law, costs of Court, and for such other and further relief to which Plaintiff may be entitled by law and equity, including, but not limited to:

1.     Pain and suffering in the past;
2.     Pain and suffering in the future;

*Gerwitz v. Endres*
*Plaintiff's Original Petition*

Copy from re:SearchTX

3. Mental anguish in the past;
4. Mental anguish in the future;
5. Past medical expenses;
6. Future medical expenses;
7. Physical impairment in the past;
8. Physical impairment in the future;
9. Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Lost wages in the past;
12. Loss of future wage-earning capacity;
13. Property damage;
14. Loss of use;
15. Pre-judgment interest;
16. Post-judgment interest; and
17. Exemplary damages.

Respectfully submitted,

**THOMAS J. HENRY, INJURY ATTORNEYS**

/s/ *Judith Rota*

**Judith Rota**
**SBN: 24100295**
**5711 University Heights Blvd., Ste. 101**
**San Antonio, TX 78249**
**Tel. (361) 985-0600**
**Fax. (361) 985-0601**
**Email: jrota@tjhlaw.com**
**Attorneys for Plaintiff**

**\*Service Email:** jrota-svc@tjhlaw.com

*Gerwitz v. Endres*
*Plaintiff's Original Petition*

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason Benham on behalf of Jason Benham
Bar No. 24116096
jbenham-svc@thomasjhenrylaw.com
Envelope ID: 87077290
Filing Code Description: Petition
Filing Description:
Status as of 4/29/2024 8:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Judy Rota | | JRota-svc@tjhlaw.com | 4/25/2024 3:49:34 PM | SENT |
| Laura Mondragon | | lauramondragon@tjhlaw.com | 4/25/2024 3:49:34 PM | SENT |

Copy from re:SearchTX

FILED
7/5/2024 4:32 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Madison Gamache
Bexar County - 57th District Court

**CAUSE NO. 2024CI08833**

| | | |
|---|---|---|
| **BARBARA GERWITZ** | § | **IN THE DISTRICT COURT** |
| *PLAINTIFF* | § | |
| | § | |
| **VS.** | § | **57th JUDICIAL DISTRICT** |
| | § | |
| **GERARD ENDRES** | § | |
| *DEFENDANT* | § | **BEXAR COUNTY, TEXAS** |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff **BARBARA GERWITZ** and files this Designation of Lead Counsel in the above-referenced and numbered cause, pursuant to Rules 7, 8, and 10 of the Texas Rules of Civil Procedure.

Plaintiff **BARBARA GERWITZ** respectfully requests that the following be designated as Lead Counsel:

**ABEL TREVINO**
The Law Office of Thomas J. Henry
5711 UNIVERSITY HEIGHTS BLVD, STE 101
San Antonio, Texas 78249
Tel. (210) 656-1000
Fax. (361) 985-0601
STATE BAR No. 24081181
*email: abeltrevino-svc@tjhlaw.com*

**\*Plaintiffs designate the above-referenced e-mail address as the <u>only</u> e-mail address to be used for service via e-filing. Notice is hereby given that e-mails sent to <u>any other</u> e-mail address will not be accepted for the purposes of service in this cause. If e-filing is not currently available, then service will be designated in accordance with the Texas Rules of Civil Procedure.**

Copy from re:SearchTX

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Court and counsel make record of this Designation of Lead Counsel in the above-referenced and numbered cause.

RESPECTFULLY SUBMITTED,

**LAW OFFICES OF THOMAS J. HENRY**
5711 UNIVERSITY HEIGHTS BLVD SUITE 101
SAN ANTONIO TEXAS 78249
PHONE: (361) 985-0600
FAX: (361) 985-0601

ABEL TREVINO
STATE BAR NO. 24081181
*email:  abeltrevino-svc@tjhlaw.com
ATTORNEY FOR PLAINTIFF

\*  service by email to this address only

Copy from re:SearchTX

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served on all counsel of records in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 5th day of July, 2024.

/Abel Trevino

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Abel Trevino on behalf of Abel Trevino
Bar No. 24081181
abeltrevino-svc@thomasjhenrylaw.com
Envelope ID: 89525576
Filing Code Description: DESIGNATION OF
Filing Description: LEAD COUNSEL
Status as of 7/10/2024 8:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Mondragon | | lauramondragon@tjhlaw.com | 7/5/2024 4:32:20 PM | SENT |
| Judy Rota | | JRota-svc@tjhlaw.com | 7/5/2024 4:32:20 PM | SENT |

Associated Case Party: Barbara Gerwitz

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABEL TREVINO | | abeltrevino-svc@tjhlaw.com | 7/5/2024 4:32:20 PM | SENT |

FILED
7/31/2024 9:58 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patricia Sarabia
Bexar County - 57th District Court

Case 5:25-cv-00477-FB    Document 1    Filed 04/30/25    Page 17 of 72

CAUSE NO. 2024CI08833

| | | |
|---|---|---|
| **BARBARA GERWITZ** | § | **IN THE 57TH JUDICIAL** |
| | § | |
| **V.** | § | **DISTRICT COURT, IN AND FOR** |
| | § | |
| **GERARD ENDRES** | § | **BEXAR COUNTY, TEXAS** |

<u>**NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS TO A NONPARTY WITH SUBPOENA DUCES TECUM UNDER TEXAS RULES OF CIVIL PROCEDURE R. 205.1b**</u>

TO WITNESS: SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

You will please take notice that after twenty (20) days from the service of a copy hereof with attached questions, a deposition by written question will be take of the Custodian of Records for:

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
C/O CORPORATION SERVICE COMPANY D/B/A
CSC-LAWYERS INCORPORATING SERVICE
211 EAST 7TH STREET, SUITE 620
AUSTIN, TEXAS 78701-3218

before a Notary Public, which attached questions may be used in evidence upon the trial of the above styled and numbered cause pending in the above-named court.

Notice is further given that request is here made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer authorized to take this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce records, including but not limited to:

**ANY AND ALL RECORDS RE: CLAIM FILE NO.: 238033845; POLICY NO.: 25163280-US-2; DOL: 09/12/2023 INCLUDING, BUT NOT LIMITED TO, THE ADDRESS(ES) OF GERARD ENDRES AND AVIS BUDGET GROUP AUTO/VEHICLE INSURANCE CLAIM RECORDS, AUTO/VEHICLE DAMAGE APPRAISALS OR ESTIMATES, PROPERTY DAMAGE APPRAISALS OR ESTIMATES, CLAIM SUMMARIES, CLAIM INVESTIGATION RECORDS, INSPECTION REPORTS, NARRATIVE REPORTS, FIELD NOTES, ACCIDENT OR CRASH REPORTS, WITNESS STATEMENTS (WRITTEN OR RECORDED), DIAGRAMS, MAPS, INSURANCE POLICY APPLICATIONS, DECLARATION PAGES, INSURANCE BENEFITS RECORDS, PROPERY LOSS NOTICES, INSURANCE CLAIM DISBURSEMENT FORMS, CLAIM PAYMENT RECORDS, RECEIPTS, BILLS, INVOICES, COLOR COPIES OF PHOTOGRAPHS AND/OR REPRODUCTIONS OF ORIGINAL PHOTOGRAPHS, VIDEO RECORDINGS (TAPED OR DIGITAL), SURVEILLANCE VIDEOTAPES OR RECORDINGS, AUDIO RECORDSING (TAPED OR DIGITAL), MEDICAL RECORDS, MEDICAL BILLING RECORDS, MEDICAL OR INSURANCE LIENS, OFFICE NOTES, CORRESPONDENCE, AND ANY OTHER DOCUMENTS AND/OR ELECTRONIC DATA IN THE POSSESSION, CUSTODY, OR CONTROL OF SAID WITNESS.**

to which the witness may have access pertaining to:

**CLAIM FILE NO.: 238033845; POLICY NO.: 25163280-US-2**
**DATE OF SERVICE: 09/12/2023**

and to deliver all such records to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition

Copy from re:SearchTX

Respectfully submitted,


Abel Trevino
_____
MR. ABEL TREVINO
LAW OFFICES OF THOMAS J. HENRY
STATE BAR OF TEXAS
Identification No.
24081181
AbelTrevino@tjhlaw.com
521 STAAR STREET
CORPUS CHRISTI, TEXAS 78401
Phone: (361) 985- 0600
Fax: (888) 956-8001

Signed with written permission
given by MR. ABEL TREVINO




By: _____
**SALISHA ALI SOOKDEO**
SPARKLING CITY RECORDS, LLC
4306 SOUTHPOINT WAY
FULSHEAR, TEXAS 77441
Tel: (361) 992-9868
Fax: (409) 373- 9133

Copy from re:SearchTX

**<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY THAT A TRUE AND EXACT COPY OF THE FOREGOING <u>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS</u> WAS DELIVERED TO THE RESPECTIVE PARTIES OR ATTORNEYS OF RECORD BY:

_____X_____ SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., USPS CERTIFIED1

July 31, 2024

*Salisha Ali Sookdeo*
_____

SPARKLING CITY RECORDS, LLC
4306 SOUTHPOINT WAY
FULSHEAR, TEXAS 77441

\* SHOULD YOU DESIRE COPIES OF THE RECORDS SUBMITTED TO YOUR FILES, PLEASE CONTACT SPARKLING CITY RECORDS, LLC.

Copy from re:SearchTX

**CAUSE NO. 2024CI08833**

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE 57TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT, IN AND FOR |
| | § | |
| GERARD ENDRES | § | BEXAR COUNTY, TEXAS |

<u>DIRECT QUESTIONS TO BE PROPOUNDED TO
THE CUSTODIAN OF CLAIM RECORDS FOR:</u>

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
C/O CORPORATION SERVICE COMPANY D/B/A
CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 EAST 7TH STREET, SUITE 620
AUSTIN, TEXAS 78701-3218

**RECORDS PERTAIN TO: CLAIM FILE NO.: 238033845; POLICY NO.: 25163280-US-2
DATE OF SERVICE: 09/12/2023**

1.  PLEASE STATE YOUR FULL NAME, OCCUPATION AND/OR OFFICIAL TITLE.
    **ANSWER**: _____

2.  ANY AND ALL RECORDS RE: CLAIM FILE NO.: 238033845; POLICY NO.: 25163280-US-2;
    DOL: 09/12/2023 INCLUDING, BUT NOT LIMITED TO, THE ADDRESS(ES) OF GERARD
    ENDRES AND AVIS BUDGET GROUP AUTO/VEHICLE INSURANCE CLAIM RECORDS,
    AUTO/VEHICLE DAMAGE APPRAISALS OR ESTIMATES, PROPERTY DAMAGE
    APPRAISALS OR ESTIMATES, CLAIM SUMMARIES, CLAIM INVESTIGATION RECORDS,
    INSPECTION REPORTS, NARRATIVE REPORTS, FIELD NOTES, ACCIDENT OR CRASH
    REPORTS, WITNESS STATEMENTS (WRITTEN OR RECORDED), DIAGRAMS, MAPS,
    INSURANCE POLICY APPLICATIONS, DECLARATION PAGES, INSURANCE BENEFITS
    RECORDS, PROPERY LOSS NOTICES, INSURANCE CLAIM DISBURSEMENT FORMS,
    CLAIM PAYMENT RECORDS, RECEIPTS, BILLS, INVOICES, COLOR COPIES OF
    PHOTOGRAPHS AND/OR REPRODUCTIONS OF ORIGINAL PHOTOGRAPHS, VIDEO
    RECORDINGS (TAPED OR DIGITAL), SURVEILLANCE VIDEOTAPES OR RECORDINGS,
    AUDIO RECORDSING (TAPED OR DIGITAL), MEDICAL RECORDS, MEDICAL BILLING
    RECORDS, MEDICAL OR INSURANCE LIENS, OFFICE NOTES, CORRESPONDENCE,
    AND ANY OTHER DOCUMENTS AND/OR ELECTRONIC DATA IN THE POSSESSION,
    CUSTODY, OR CONTROL OF SAID WITNESS.

    **ANSWER**: _____

3.  ARE YOU ABLE TO IDENTIFY THESE RECORDS AS THE ORIGINAL OR TRUE AND
    CORRECT PHOTOSTATIC COPIES OF THE ORIGINALS?
    **ANSWER**: _____

Copy from re:SearchTX

4. DOES YOUR FILE PERTAINING TO THIS MATTER CONTAIN PHOTOGRAPHS? IF YES, PLEASE HAND THESE TO THE OFFICER TAKING YOU DEPOSITION. HAVE YOU DONE AS REQUESTED? IF NOT, WHY NOT?
**ANSWER:** _____

5. DOES YOUR FILE PERTAINING TO THIS MATTER CONTAIN VIDEOTAPES? IF YES, PLEASE HAND THESE TO THE OFFICER TAKING YOUR DEPOSIITON. HAVE YOU DONE AS REQUESTED? IF NOT, WHY NOT?
**ANSWER:** _____

6. DOES YOUR FILE PERTAINING TO THIS MATTER CONTAIN AUDIOTAPES? IF YES, PLEASE HAND THESE TO THE OFFICER TAKING YOUR DEPOSIITON. HAVE YOU DONE AS REQUESTED? IF NOT, WHY NOT?
**ANSWER:** _____

7. WERE THESE RECORDS MADE AND KEPT IN THE REGULAR COURSE OF YOUR BUSINESS? (BUSINESS MEANS ANY KIND OF REGULARLY ORGANIZED ACTIVITY, WHETHER CONDUCTED FOR PROFIT OR NOT).
**ANSWER:** _____

8. IN THE REGULAR COURSE OF YOUR BUSINESS, DID THE PERSON WHO SIGNED OR OTHERWISE PREPARED THESE RECORDS EITHER HAVE PERSONAL KNOWLEDGE OF THE ENTRIES ON THESE RECORDS OR OBTAIN THE INFORMATION TO MAKE SUCH RECORDS FROM SOURCES WHO HAVE SUCH PERSONAL KNOWLEDGE?
**ANSWER:** _____

9. ARE THESE RECORDS UNDER YOUR CARE, SUPERVISION, DIRECTION, CUSTODY OR SUBJECT TO YOUR CONTROL?
**ANSWER:** _____

10. ARE THESE RECORDS MADE AT OR NEAR THE TIME OF THE ACT, EVENT OR CONDITION RECORDED ON THE RECORDS, OR REASONABLY SOON THEREAFTER PERTAINING TO THE INCIDENT IN QUESTION?
**ANSWER:** _____

11. WERE THESE RECORDS KEPT AS DESCRIBED ABOVE?
**ANSWER:** _____

12. HAVE YOU BEEN REQUESTED, DIRECTED, OR HAS IT EVER BEEN SUGGESTED BY ANY PERSON (WHETHER DOCTOR, LAWYER OR ANYONE ELSE) THAT ANY PART OF THE RECORDS SUBJECT TO THIS DEPOSITION BE WITHHELD OR PROTECTED FROM DISCOVERY FOR ANY REASON? IF SO, PLEASE EXPLAIN WHY THE RECORDS ARE BEING WITHHELD AND STATE THE NAME AND ADDRESS OF THE PERSON WHO CONVEYED THIS INFORMATION TO YOU AND WHEN SUCH EVEN OCCURRED.
**ANSWER:** _____

13. ARE THERE ANY OTHER LOCATIONS WHERE SEDGWICH CLAIMS MANAGEMENT SERVICES INC. WOULD KEEP RECORDS OR DOCUMENTS PERTAINING TO CLIAM NO. 238033845? IF YES, PLEASE ITENTIFY THE NAME AND ADDRESS OF THAT LOCATION, IF KNOWN.
**ANSWER:** _____

Copy from re:SearchTX

14. PLEASE HAND EXACT DUPLICATES OF ALL SUCH RECORDS AS OUTLINES IN THE SUBPOENA DUCES TECUM TO THE OFFICER TAKING YOUR DEPOSITION FOR INSPECTION AND PHOTOCOPYING. (THESE WILL BE AT NO EXPENSE TO YOU, AND THE OFFICER WILL RETURN THE ORIGINALS OF YOUR RECORDS TO YOU AFTER THEY HAVE BEEN BOTH INSPECTED AND COPIED). HAVE YOU DONE AS REQUESTED? IF NOT, WHY NOT?
**ANSWER**: _____

15. HAVE ANY RECORDS OF ANY KIND BEEN DESTROYED OR ARE ANY RECORDS MISSING? IF YES, WHY? PLEASE DESCRIBE THOSE RECORDS THAT HAVE BEEN DESTROYED OR ARE MISSING BY SEDGWICK CLAIMS MANAGEMENT SERVICES INC.
**ANSWER**: _____

16. IN THE EVENT THAT NO RECORDS CAN BE FOUND, ARE THERE DOCUMENT ARCHIVES (I.E. MICROFICHE) OR DOCUMENTS RETENTION POLICIES WHICH EXPLAIN THEIR ABSENCE? IF YES, PLEASE EXPLAIN YOUR ARCHIVING AND/OR RETENTION POLICY. PLEASE ITENTIFY WHO HAS KNOWLEDGE OF THOSE ARCHIVES AND/OR RETENTION POLICIES FOR SEDGWICK CLAIMS MANAGEMENT SERVICES INC.
**ANSWER**: _____


X _____
WITNESS (CUSTODIAN OF RECORDS)

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _____, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AS STATED. I FURTHER CERTIFY THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORIGINAL RECORDS.

GIVEN UNDER MY HAND AND SEAL OF OFFICE,

THIS _____ DAY OF _____, 2024.


_____
NOTARY PUBLIC IN AND FOR THE
STATE OF _____

MY COMMISSION EXPIRES:
_____

Copy from re:SearchTX

FILED
7/31/2024 9:58 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patricia Sarabia
Bexar County - 57th District Court

Case 5:25-cv-00477-FB     Document 1     Filed 04/30/25     Page 25 of 72

## SUBPOENA DUCES TECUM

### CAUSE NO. 2024CI08833

STATE OF TEXAS
COUNTY OF BEXAR

To any Sheriff or constable of the State of Texas or other person authorized to serve subpoenas under Rule 176 T.R.C.P. – GREETING:

      YOU ARE HEREBY COMMANDED TO SUBPOENA AND SUMMON THE following witness: CUSTODIAN OF **CLAIM RECORDS** FOR:

            SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
            C/O CORPORATION SERVICE COMPANY D/B/A
            CSC-LAWYERS INCORPORATING SERVICE COMPANY
            211 EAST 7TH STREET, SUITE 620
            AUSTIN, TEXAS 78701-3218

to be and appear before a Notary Public in the State of Texas at the office of the custodian and there to make answers under oath of certain written questions to be propounded to the Custodian of Records and to produce and permit inspection and copying of the following designated documents or tangible things in the possession, custody, or control of that person and deliver to SPARKLING CITY RECORDS, LLC. 4306 SOUTHPOINT WAY, FULSHEAR, TEXAS 77441: all records, including but not limited to:

**ANY AND ALL RECORDS RE: CLAIM FILE NO.: 238033845; POLICY NO.: 25163280-US-2; DOL: 09/12/2023 INCLUDING, BUT NOT LIMITED TO, THE ADDRESS(ES) OF GERARD ENDRES AND AVIS BUDGET GROUP AUTO/VEHICLE INSURANCE CLAIM RECORDS, AUTO/VEHICLE DAMAGE APPRAISALS OR ESTIMATES, PROPERTY DAMAGE APPRAISALS OR ESTIMATES, CLAIM SUMMARIES, CLAIM INVESTIGATION RECORDS, INSPECTION REPORTS, NARRATIVE REPORTS, FIELD NOTES, ACCIDENT OR CRASH REPORTS, WITNESS STATEMENTS (WRITTEN OR RECORDED), DIAGRAMS, MAPS, INSURANCE POLICY APPLICATIONS, DECLARATION PAGES, INSURANCE BENEFITS RECORDS, PROPERY LOSS NOTICES, INSURANCE CLAIM DISBURSEMENT FORMS, CLAIM PAYMENT RECORDS, RECEIPTS, BILLS, INVOICES, COLOR COPIES OF PHOTOGRAPHS AND/OR REPRODUCTIONS OF ORIGINAL PHOTOGRAPHS, VIDEO RECORDINGS (TAPED OR DIGITAL), SURVEILLANCE VIDEOTAPES OR RECORDINGS, AUDIO RECORDSING (TAPED OR DIGITAL), MEDICAL RECORDS, MEDICAL BILLING RECORDS, MEDICAL OR INSURANCE LIENS, OFFICE NOTES, CORRESPONDENCE, AND ANY OTHER DOCUMENTS AND/OR ELECTRONIC DATA IN THE POSSESSION, CUSTODY, OR CONTROL OF SAID WITNESS.**

to which the witness may have access pertaining to:

            **CLAIM FILE NO.: 238033845; POLICY NO.: 25163280-US-2**
            **DATE OF SERVICE: 09/12/2023**

at any and all times whatsoever. Then and there to give evidence at the instance of attorney MR. ABEL TREVINO, for the PLAINTIFF, BARBARA GERWITZ, in that certain CAUSE NO. 2024CI08833 pending on the docket of the 57TH, Judicial District Court in and for BEXAR County, Texas. This Subpoena is issued under and by virtue of authority of a notice duly served and on file with the above-named court, in which BARBARA GERWITZ, is the Plaintiff and GERARD ENDRES is the Defendant, and there remain from day to day and time to time until discharged according to law. Texas Rules of Civil Procedure, Rule 176.8 (a) CONTEMPT. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is served, and may be punished by fine or confinement, or both.

WITNESS MY HAND, this is the 31st day of July 2024.



_____
Notary Public State of Texas
My commission expires: **02/10/2026.**

**PROOF OF SERVICE**

Came to hand this the 31st day of July 2024, and executed this the 31st day of July 2024, in the following manner: By delivering to the within named witness CUSTODIAN OF CLAIM RECORDS a true copy hereof; service was made on the 31st day of July in the following manner VIA: USPS CERTIFIED1

Returned this the 31st day of July 2024.

_____
OFFICER

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number: 2024CI08833**

Barbara Gerwitz VS Gerard Endres ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **57TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:     **PV Holding Corp. D/B/A P Vehicle Holding Corp.**
**BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, D/B/A CSC-LAWYERS INCO**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **First Amended Petition Trcp 193.7 Notice Of Self-Authentication Trcp 194.2 Notice Of Required Disclosures** was filed **on this the 16th day of October, 2024.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT  **on this the 25th day of October, 2024.**

**ABEL TREVINO**
**ATTORNEY FOR PLAINTIFF**
**5711 University Hts Ste 101**
**San Antonio TX  78249-3555**



**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
By: /s/ Rosa Aguilera-Rodriguez
**Rosa Aguilera-Rodriguez, Deputy**

---

BARBARA GERWITZ VS GERARD ENDRES ET AL

Case Number: 2024CI08833
Court: 57th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20____ at _____ o'clock ____M. and (  ) executed it by delivering a copy of the CITATION with attached **FIRST AMENDED PETITION TRCP 193.7 NOTICE OF SELF-AUTHENTICAION, TRCP 194.2 NOTICE OF REQUIRED DISCLOSURES** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or (  ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas
BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

FILED
10/16/2024 2:36 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Lisa Ann Morales
Bexar County - 57th District Court

Case 5:25-cv-00477-FB    Document 1    Filed 04/30/25    Page 28 of 72

CIT PPS SAC 1

## CAUSE NO. <u>2024CI08833</u>

| | | |
|---|---|---|
| **BARBARA GERWITZ** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **57th JUDICIAL DISTRICT** |
| **GERARD ENDRES** | § | |
| *Defendant.* | § | |
| | § | **BEXAR COUNTY, TEXAS** |

---

## PLAINTIFF'S FIRST AMENDED PETITION
## TRCP 193.7 NOTICE OF SELF-AUTHENTICATION,
## TRCP 194.2 NOTICE OF REQUIRED DISCLOSURES

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES BARBARA GERWITZ**, hereinafter referred to by name or as Plaintiff, and complains of **GERARD ENDRES AND PV HOLDING CORP. DBA P VEHICLE HOLDING CORP.** ("PV Holding"), hereinafter referred to by name or as Defendant(s), and for cause of action would respectfully show unto the Court as follows:

### I.

### <u>DISCOVERY CONTROL PLAN</u>

1.     Plaintiff intends discovery be conducted under LEVEL 3 of RULE 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II.
### <u>PARTIES</u>

2.     Plaintiff **BARBARA GERWITZ1** is an individual residing in Bexar County, Texas.

---

3.    Defendant **GERARD ENDRES** is an individual residing in San Juan County, Puerto Rico, who may be served at 64 Avaneda Conado, Apt. #801, San Juan, PR 00907, or wherever he may be found.

4.    Defendant **PV HOLDING CORP. DBA P VEHICLE HOLDING CORP.** is a corporation operating in Bexar County, Texas and may be served with process through its registered agent, Corporation Service Company, D/B/A CSC-Lawyers INCO.,701 Brazo Street., Ste. 1050, Travis County, Austin, Texas 78701 or wherever it may be found.

## III.
## JURISDICTION & VENUE

5.    This Court has jurisdiction over the parties because the amount in controversy exceeds the minimum jurisdictional limits of this Court. Additionally, this Court has jurisdiction over the parties because the Defendants are Texas residents and/or do business in the State of Texas.

6.    Venue is proper in Bexar County in this cause pursuant to § 15.002(a)(1) of the CIVIL PRACTICE & REMEDIES CODE because the incident which forms the basis of this lawsuit occurred in San Antonio, Texas.

## IV.
## COMMON NAME/ASSUMED NAME

7.      Pursuant to Tex. R. Civ. P. Rule 28, Plaintiff sues each defendant in its common name for

the purpose of invoking the jurisdiction of the Court and putting Defendants on notice of the basis

of the lawsuit.

## V.
## FACTS

8.      On or about September 12, 2023 Plaintiff **BARBARA GERWITZ1** was operating her

2020 Ford Explorer traveling at the intersection of Wurzbach Rd. and Merkens Dr. in San Antonio,

Bexar County, when her vehicle was suddenly, violently, and without warning struck by Defendant

**GERARD ENDRES** who was operating a 2023 Mazda CX-5 owned by Defendant **PV**

**HOLDING**, causing the subject collision. Defendant **GERARD ENDRES** failed to yield the right

of way at a red stop light when he entered the intersection, striking Plaintiff's vehicle on the

Passneger's side. Defendant **GERARD ENDRES** was operating said vehicle while in the course

and scope of his employment with Defendant **PV HOLDING**.  As a result of the impact, Plaintiff

**BARBARA GERWITZ** suffered serious physical injuries.

## VI.
## CAUSES OF ACTION AGAINST
## PV HOLDING CORP. DBA P VEHICLE HOLDING CORP.

### A. RESPONDEAT SUPERIOR

9.      The incident made the basis of this lawsuit, on or about November 21, 2019, Defendant

**GERARD ENDRES** was engaged in the course and scope of his employment with Defendant **PV**

**HOLDING.** Therefore, Defendant **PV HOLDING**, is responsible and liable for the conduct of their employee based on the doctrine of respondeat superior.

10. **PV HOLDING** is also negligent in one or more of the following respects:

 a. Negligent hiring of its driver;

 b. Negligent training;

 c. Negligent supervision;

 d. Negligent retention;

 e. Negligent entrustment of the vehicle.

 f. failed to have an adequate safety program in place to ensure that an effective ongoing monitoring and training of drivers of its vehicles occurred;

 g. placed a driver on the road knowing that the driver was incompetent and that such incompetence could in all likelihood cause serious injury to others in the event of an accident like that which occurred;

 h. failed to instate adequate policies and procedures to prevent the entrustment of vehicles to incompetent and unsafe drivers of its vehicles.

11.    Each of these acts and/or omissions, whether taken singularly or in any combination constitutes negligence and negligence per se and gross negligence which proximately caused the collision and injuries and other losses as specifically set forth herein.

**B. GROSS NEGLIGENCE**

12.    **PV HOLDING** negligent conduct was more than momentary thoughtlessness or inadvertence. Defendant's conduct involved an extreme degree of risk increasing the probability

and magnitude of potential harm to Plaintiff. Defendant had actual subjective awareness of the risk involved and, proceeded with conscious indifference to the rights, safety, and/or welfare of Plaintiff and/or others similarly situated.

13.. Accordingly, the acts and/or omissions by Defendant as outlines above constitute gross negligence, as defined in Section 41.001(11) of the TEXAS CIVIL PRACTICE & REMEDIES CODE.

14. Each of these acts and/or omissions specifically set forth herein, whether taken singularly or in any combination constitutes negligence, negligence per se, and gross negligence that proximately caused the collision, injuries and other losses that Plaintiff suffered and will continue to suffer from in the future, if not for the remainder of their natural life.

## VII.
## CAUSES OF ACTION AGAINST
## DEFENDANT GERARD ENDRES

*A.* **NEGLIGENCE**

**15.** The occurrence made the basis of this suit, reflected in the above paragraphs, and the resulting injuries and damages of the Plaintiff were proximately caused by the negligent conduct of the Defendant, **GERARD ENDRES.** Defendant operated the subject vehicle and was driving in a negligent manner by violating the duty which was owed to the Plaintiff to exercise ordinary care in the operation of her motor vehicle in one or more of the following respects:

    a.    in failing to keep a proper lookout or such lookout, which a person of ordinary prudence would have maintained under same or similar circumstances;

b.      in failing to timely apply the brakes of the vehicle in order to avoid the collision in question;

c.      in failing to turn the vehicle in an effort to avoid the collision in question;

d.      in failing to blow horn warning of imminent danger;

e.      failing to control his speed; and

f.      in failing to abide by a traffic control signal in violation of §544.007 AND §545.151(a) and (f);

g.      in driving recklessly in violation of § 545.401; and

h.      driver inattention.

16.     Each and all of the foregoing acts and/or omissions were negligent and constituted negligence and were each and all the proximate cause of the incident which forms the basis of this suit, and was a proximate cause of Plaintiff's injuries and damages.

17.     **GERARD ENDRES** was an agent or employee of Defendant **PV HOLDING** and therefore **PV HOLDING** is liable under the doctrine of *respondeat superior*. **GERARD ENDRES** was operating the vehicle in the course and scope of this employment with Defendant **PV HOLDING. GERARD ENDRES** was an agent or employee of Defendant **PV HOLDING** in the operation of the motor vehicle and was within the scope of his general authority with Defendant **PV HOLDING** and was in furtherance of the business of Defendant.

18.     The Defendant's above acts and/or omissions, whether taken singularly or in any combination, constitute negligence and were the proximate cause of the occurrence in question and the resulting injuries and damages sustained by the Plaintiff.

19.    Each and all of the foregoing acts and or omissions of the agents, servants, or employees for Defendant were negligent and constituted negligence and were each and all proximate cause of the incident which forms the basis of this suit and was a proximate cause of Plaintiff's injuries and damages.

## B.    NEGLIGENCE PER SE

9.    Further, Defendant failed to exercise the mandatory standard of care in violation of V.T.C.A. Transportation Code, §544.007 and §545.151(a) and (f) pursuant to the negligence Per Se Doctrine which mandate that:

### §544.007 Traffic-Control Signals in General

(a) A traffic-control signal displaying different colored lights or colored or lighted arrows successively or in combination may display only green, yellow, or red and applies to operators of vehicles as provided by this section.

(d) An operator of a vehicle facing only a steady red signal shall stop at a clearly marked stop line. In the absence of a stop line, the operator shall stop before entering the crosswalk on the near side of the intersection. A vehicle that is not turning shall remain standing until an indication to proceed is shown. After stopping, standing until the intersection may be entered safely, and yielding the right-of-way to pedestrians lawfully in the crosswalk and other traffic lawfully using the intersection, the operator may:

(1) turn right; or

(2) turn left, if the intersecting streets are both one-ways and a left turn is permissible.

### §545.151 Vehicle Approaching or Entering Intersection

(a) An operator approaching an intersection:

(1) shall stop, yield, and grant immediate use of the intersection in obedience to an official traffic-control device, including a stop sign or yield right-of-way sign;

(2) after stopping, may proceed when the intersection can be safely entered without interference or collision with traffic using a different street or roadway.

(f) An operator who is required by this section to stop and yield the right-of-way at an intersection to another vehicle and who is involved in a collision or interferes with other traffic at the intersection to whom the right-of-way is to be given is presumed not to have yielded the right-of-way.

**20.**     Each of these acts and/or omissions, whether taken singularly or in any combination constitutes negligence and negligence per se and gross negligence which proximately caused the collision and injuries and other losses as specifically set forth herein.

### C.    GROSS NEGLIGENCE

**21.**     Defendant's negligent conduct was more than momentary thoughtlessness or inadvertence. Rather, the acts and/or omissions by Defendant outlined in the above paragraphs constitute gross negligence as that term is defined in §41.001(11) of the CIVIL PRACTICE & REMEDIES CODE. Defendant's conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the Plaintiff. Defendant had actual, subjective awareness of the risk involved but, nevertheless, proceeded in conscious indifference to the rights, safety, or welfare of the Plaintiff or others similarly situated.

**22.**     The above acts and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

## VIII.
## DAMAGES

**23.**    As a direct and proximate result of the collision, and the negligent conduct of the Defendants, Plaintiff **BARBARA GERWITZ** suffered bodily injuries as reflected in the medical records from the health care providers who treated the injuries since the collision. The injuries may be permanent in nature. The injuries have had an effect on the Plaintiff's health and well-being. As a further result of the nature and consequences of his injuries, Plaintiff has suffered and may continue to suffer into the future, physical pain and mental anguish.

**24.**    As a further result of all of the above, Plaintiff has incurred expenses for medical care and attention in the past and may incur medical expenses in the future to treat his injuries.

**25.**    By reason of all of the above, Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of this Court for which he now sues.

**26.**    Plaintiff has also suffered losses and damages to her personal property, including but not limited to damage to her vehicle.

**27.**    Plaintiff asserts the amount of any monetary damages awarded to Plaintiff should be decided by a jury of Plaintiff's peers. However, RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE requires Plaintiff to affirmatively plead the amount of damages sought. Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff seeks monetary relief **OVER ONE MILLION AND 00/100 DOLLARS ($1,000,000.00)** and a demand for judgment for all the other relief to which Plaintiff is justly entitled at the time of filing this suit, which, with the passage of time, may change.

## IX.
## INTEREST

**28.**    Plaintiff further requests both pre-judgment and post-judgment interest on all his damages as allowed by law.

## X.
## DEMAND FOR TRIAL BY JURY

**29.**    Plaintiff **BARBARA GERWITZ,** demand a trial by jury. Plaintiff acknowledges payment this date of the required jury fee.

## XI.
## REQUEST FOR DISCLOSURE

**30.**    Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are requested to disclose Required Disclosures within thirty (30) days of Defendants' Answers, the information and material described in each section of RULE 194.2.

## XII.
## NOTICE OF SELF-AUTHENTICATION

**31.**    Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## XIII.
## DESIGNATED E-SERVICE EMAIL ADDRESS

The following is the undersigned attorney's designated E-Service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: abeltrevino-svc@tjhlaw.com. This is the undersigned's only E-Service email address, and service through any other email address will be considered invalid.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that Defendants be cited to appear and answer, and on final trial hereafter, that Plaintiff has judgments against Defendants in an amount within the jurisdictional limits of this Court, together with all pre-judgment and post-judgment interest as allowed by law, costs of Court, and for such other and further relief to which Plaintiff may be justly entitled by law and equity, including, but not limited to:

1. Pain and suffering in the past;
2. Pain and suffering in the future;
3. Mental anguish in the past;
4. Mental anguish in the future;
5. Past medical expenses;
6. Future medical expenses;
7. Physical impairment in the past;
8. Physical impairment in the future;
9. Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Lost wages in the past;
12. Loss of future wage-earning capacity;
13. Property damage;
14. Loss of use;
15. Pre-judgment interest;

16.  Post-judgment interest; and
17.  Exemplary damages

Respectfully Submitted,

**LAW OFFICES OF THOMAS J. HENRY**
5711 UNIVERSITY HEIGHTS BLVD., STE. 101
SAN ANTONIO, TEXAS 78249
**PHONE: 210-656-1000**
**FAX: 800-956-8001**

By: _____

ABEL TREVINO
**STATE BAR NO. 24081181**
*email:*abeltrevino-svc@tjhlaw.com
*email: abeltrevino@tjhlaw.com*
**ATTORNEYS FOR PLAINTIFF**

**\* service by email to this address only**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Abel Trevino on behalf of Abel Trevino
Bar No. 24081181
abeltrevino-svc@thomasjhenrylaw.com
Envelope ID: 93233726
Filing Code Description: FIRST AMENDED PETITION
Filing Description:
Status as of 10/24/2024 4:29 PM CST

Associated Case Party: Barbara Gerwitz

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABEL TREVINO | | abeltrevino-svc@tjhlaw.com | 10/16/2024 2:36:24 PM | SENT |

FILED
10/16/2024 2:36 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Lisa Kay Morales
Bexar County - 57th District Court

Case 5:25-cv-00477-FB   Document 1   Filed 04/30/25   Page 41 of 72

Cause Number: 2024CI08833

District Court : 57



CIT PPS SAC 1

# GLORIA A. MARTINEZ
## Bexar County District Clerk

## REQUEST FOR PROCESS

Style: Barbara Gerwitz                    Vs. Gerard Endres

Request the following process: (Please check all that Apply)

☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: PV HOLDING CORP. DBA P VEHICLE HOLDING CORP.
Registered Agent/By Serving: Corporation Service Company, D/B/A CSC-Lawyers INCO
Address: 701 Brazo Street., Ste. 1050 Austin, Texas 78701
Service Type: (Check One) ☑ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

**2.**
Name: n/a
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

**3.**
Name: n/a
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

**4.**
Name: n/a
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

Title of Document/Pleading to be Attached to Process: Plaintiff's First Amended Petition

Name of Attorney/Pro se: Abel Trevino          Bar Number: 24081181
Address: 5711 University Heights Blvd Suite 101    Phone Number: (210) 656-1000
San Antonio, Texas 78249

Attorney for Plaintiff X     Defendant_____ Other _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Abel Trevino on behalf of Abel Trevino
Bar No. 24081181
abeltrevino-svc@thomasjhenrylaw.com
Envelope ID: 93233726
Filing Code Description: FIRST AMENDED PETITION
Filing Description:
Status as of 10/24/2024 4:29 PM CST

Associated Case Party: Barbara Gerwitz

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABEL TREVINO | | abeltrevino-svc@tjhlaw.com | 10/16/2024 2:36:24 PM | SENT |

Copy from re:SearchTX

FILED
12/6/2024 1:03 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Bertha Huchin
Bexar County - 57th District Court

Case 5:25-cv-00477-FB    Document 1    Filed 04/30/25    Page 43 of 72

CAUSE NO. 2024CI08833

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| GERARD ENDRES AND | § | |
| PV HOLDING CORP. D/B/A | § | |
| P VEHICLE HOLDING CORP. | § | 57TH  JUDICIAL DISTRICT |

---

## ORIGINAL ANSWER OF DEFENDANT,  PV HOLDING CORP.

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **PV HOLDING CORP. (incorrectly used as PV Holding Corp. d/b/a P Vehicle Holding Corp.),** Defendant in the above-styled and numbered cause, and in answer to Plaintiff's Original Petition, on file herein would respectfully show to the Court the following:

I.

Rule 193.7, Texas Rules of Civil Procedure, provides that a party's production of documents and tangible things in response to discovery authenticates the documents and tangible things for use against that party in any pretrial proceeding or at trial.

II.

Therefore, pursuant to Rule 193.7, Texas Rules of Civil Procedure, Defendant hereby provides notice to Plaintiff of Defendant's intent to utilize all documents and tangible things produced by Plaintiff in response to discovery, including all deposition exhibits and documents obtained by oral, video, and written question depositions in any pretrial proceeding or at trial.

III.
GENERAL DENIAL

Defendant denies the allegations contained in Plaintiff's Original Petition and demands strict proof thereof and says further that since Plaintiff has made all these allegations, she should

be required to prove each and every one of them to a jury by a preponderance of all the credible evidence.

## IV.

Defendant pleads that it relies upon its policy as the nominal title holder to Avis Budget Group rental vehicles and would show it has no legal connection or responsibility for Gerard Endres.

## V.

Furthermore, Defendant PV Holding pleads that Gerard Endres was not an employee of PV Holding, nor did it rent any vehicle to Mr. Endres, and therefore PV Holding did not entrust the vehicle to Mr. Endres.

## VI.
## JURY DEMAND

Defendant hereby demands a trial by jury.

## VII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by her cause of action, that Defendant receive all costs of Court, and for such other and further relief, both general and special, at law or in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901

BY: _____
      Curtis J. Kurhajec
      State Bar No. 11767200
      ckurhajec@namanhowell.com

**ATTORNEYS FOR DEFENDANT,**
**PV HOLDING CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded in accordance with the Texas Rules of Civil Procedure on this the 6th day of December, 2024, to:

Abel Trevino
Law Offices of Thomas J. Henry
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249
**Via E-Service:**   abeltrevino-svc@tjhlaw.com

_____
CURTIS J. KURHAJEC

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Curtis Kurhajec on behalf of Curtis Kurhajec
Bar No. 11767200
ckurhajec@nhsl.com
Envelope ID: 95033718
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: PV HOLDING CORP.
Status as of 12/10/2024 2:21 PM CST

Associated Case Party: Barbara Gerwitz

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABEL TREVINO | | abeltrevino-svc@tjhlaw.com | 12/6/2024 1:03:10 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Mondragon | | lauramondragon@tjhlaw.com | 12/6/2024 1:03:10 PM | SENT |
| Judy Rota | | JRota-svc@tjhlaw.com | 12/6/2024 1:03:10 PM | SENT |
| Curtis Kurhajec | 11767200 | ckurhajec@namanhowell.com | 12/6/2024 1:03:10 PM | SENT |

FILED
12/11/2024 2:09 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Janel Gutierrez
Bexar County - 57th District Court

Case 5:25-cv-00477-FB     Document 1     Filed 04/30/25     Page 47 of 72

# NAMAN HOWELL

**Curtis J. Kurhajec**
Direct Dial: (512) 807-2457
ckurhajec@namanhowell.com

8310 N. Capital of Texas
Highway, Suite 490
Austin, Texas 78731
(512) 479-0300
Fax (512) 474-1901

Offices in:

· Austin

· Fort Worth

· Houston

· San Antonio

· Waco

www.namanhowell.com

December 10, 2024

Abel Trevino
Law Offices of Thomas J. Henry
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249

## RULE 11 AGREEMENT

RE:  **Cause No. 2024CI08833;** Barbara Gerwitz vs. Gerard Endres and PV Holding Corp.; In the 57th Judicial District Court of Bexar County, Texas.

Dear Mr. Trevino:

This Rule 11 Agreement is to memorialize that Defendant PV Holding Corp. ("PVHC") and Plaintiff Barbara Gerwitz agree that there is complete diversity jurisdiction between PVHC and Barbara Gerwitz under the current state of the pleadings and that Barbara Gerwitz will not oppose any future removal by PVHC or otherwise contend that PVHC has waived its right to remove this action to federal court.

Agreed to and entered into this 10th day of December, 2024.

Abel Trevino
State Bar No. 24081181
abeltrevino-svc@tjhlaw.com
Law Offices of Thomas J. Henry
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249
(210) 656-1000

Curtis J. Kurhajec
State Bar No. 11767200
ckurhajec@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
(512) 479-0300

Established 1917

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Curtis Kurhajec on behalf of Curtis Kurhajec
Bar No. 11767200
ckurhajec@nhsl.com
Envelope ID: 95205261
Filing Code Description: RULE 11 AGREEMENT
Filing Description:
Status as of 12/12/2024 9:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Curtis Kurhajec | 11767200 | ckurhajec@namanhowell.com | 12/11/2024 2:09:14 PM | SENT |
| Laura Mondragon | | lauramondragon@tjhlaw.com | 12/11/2024 2:09:14 PM | SENT |
| Judy Rota | | JRota-svc@tjhlaw.com | 12/11/2024 2:09:14 PM | SENT |

Associated Case Party: Barbara Gerwitz

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABEL TREVINO | | abeltrevino-svc@tjhlaw.com | 12/11/2024 2:09:14 PM | SENT |

**ProDoc® eFiling 2**

Log Out

logged in as ckurhajec@nhsl.com

| Home | Submit Filing | Submit eService | My Filings | My Cases | My eServices | Resources |

Print Page

**Filing Progress**

1. Case Information
2. Upload Documents
3. eService
4. Review
5. Process
6. **Acknowledgement**

**Start a New Filing**

## *Proof of Submission*

**Your submission was successful!** Your trace number is **95205261**. The details of your filing are shown below.

You can monitor the status of this submission by clicking here.

The date and time below will be the official timestamp when this filing is accepted by the clerk.

| Filed Date & Time | |
|---|---|
| **Date:** | **Time | Time Zone:** |
| Wednesday, December 11, 2024 | 2:09:11 PM |

| Fee | Est.Amount | Payment Information |
|---|---|---|
| **ProDoc, Inc. Fees** | | **Account Name:** NHSL |
| eFiling/eService Fee | $3.00 | **Payment Method:** Credit Card |
| 8.25% Sales Tax | $0.25 | **Credit Card Type:** VISA |
| **Court Fees** | | **Card Number:** XXXX XXXX XXXX 7454 |
| **The State eFiling System Processing Fees** | | **Card Expiration Date:** 12/2026 |
| Convenience Fee | $1.00 | **Transaction Amount:** $4.25 |
| **Envelope Total:** | $4.25 | **Transaction Status:** |
| | | **Transaction ID:** 140319531 |
| | | **Transaction Order ID:** 095205261-0 |

| Personal Information | Envelope Information | |
|---|---|---|
| **Filer:** Curtis J. Kurhajec | **Case Title:** Barbara Gerwitz VS Gerard Endres ET AL | **Plaintiff(s):** |
| **Filer Type:** Attorney/ Other | **Sealed Case:** No | Barbara Gerwitz |
| **Attorney:** Curtis J. Kurhajec | **Court Name:** Bexar County - District Clerk | **Defendant(s):** |
| **Firm or Organization:** Naman Howell Smith & Lee, PLLC | **Case Category:** Civil - Injury or Damage | Gerard Endres |
| **Bar Number:** | **Case Type:** Motor Vehicle Accident | PV Holding Corp. |
| **Address:** 400 Austin Ave., Suite 800 Waco, TX 76701 | **Cause Number:** 2024CI08833 | |
| **Phone:** 254-755-4100 | | |

| Document Information | Service Recipients |
|---|---|
| **Reference Number:** 34144-0709-CJK | eService |
| **Comments For Clerk:** | » Curtis Kurhajec    ckurhajec@namanhowell.com |
| **No Fee Documents** | » ABEL TREVINO    abeltrevino-svc@tjhlaw.com |
| **Lead Document:** | » Laura Mondragon    lauramondragon@tjhlaw.com |
| Letter to Counsel - Rule 11 Agreement.pdf [Does not contain sensitive data] | » Judy Rota    JRota-svc@tjhlaw.com |
| **Document Description:** Letter to Counsel - Rule 11 Agreement.pdf | |

Bookmark This Page          Privacy Policy          Contact Us

This site and all contents Copyright ©2003-2024 Thomson Reuters. All rights reserved.

Cause Number: _____

District Court : _____



# GLORIA A. MARTINEZ
## Bexar County District Clerk

## <u>REQUEST FOR PROCESS</u>

Style:_____Vs. _____

**Request the following process:** (Please check all that Apply)

☐ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:**_____
**Registered Agent/By Serving:** _____
**Address**_____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
   ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**2.**
**Name:**_____
**Registered Agent/By Serving:** _____
**Address**_____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
   ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**3.**
**Name:**_____
**Registered Agent/By Serving:** _____
**Address**_____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
   ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**4.**
**Name:**_____
**Registered Agent/By Serving:** _____
**Address**_____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail*
   ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable 1* ☐ *Constable 2* ☐ *Constable 3* ☐ *Constable 4*

**Title of Document/Pleading to be Attached to Process:**_____

**Name of Attorney/Pro se:**_____**Bar Number:** _____
**Address:**_____**Phone Number:** _____

**Attorney for Plaintiff**_____**Defendant**_____**Other** _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

CAUSE NO. 2024CI08833

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE 57TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT, IN AND FOR |
| | § | |
| GERARD ENDRES AND PV HOLDING CORP. | § | |
| D/B/A P VEHICLE HOLDING CORP. | § | BEXAR COUNTY, TEXAS |

## NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To DEFENDANT
By and through the Attorney of record for DEFENDANT

MR. CURTIS J. KURHAJEC
NAMAN, HOWELL, SMITH & LEE, PLLC
8310 NORTH CAPITAL OF TEXAS HIGHWAY, SUITE 490
AUSTIN, TEXAS 78731

AND TO WITNESS: SAN ANTONIO POLICE DEPARTMENT

You will please take notice that after twenty (20) days from the service of a copy hereof with attached

questions, a deposition by written question will be take of the Custodian of Records for:

SAN ANTONIO POLICE DEPARTMENT
315 S. SANTA ROSA AVE.
SAN ANTONIO, TEXAS 78207

before a Notary Public, which attached questions may be used in evidence upon the trial of the above styled

and numbered cause pending in the above-named court.

Notice is further given that request is here made as authorized under Rule 200, Texas Rules of Civil

Procedure, to the officer authorized to take this deposition to issue a subpoena duces tecum and cause it to be

served on the witness to produce records, including but not limited to:

**ANY AND ALL INCIDENT INVESTIGATION RECORDS INCLUDING BUT NOT LIMITED TO, ALL SUPPLEMENTS, INTEROFFICE MEMORANDUM, CHEMICAL ANALYSIS TEST REQUESTS AND RESULTS, INVESTIGATION RECORDS AND REPORTS, SAN ANTONIO POLICE DEPARTMENT REPORTS AND SUPPLEMENTS, FIELD NOTES, POLICE REPORTS, 911 RECORDS AND RECORDINGS, DISPATCHER RECORDS, DISPATCH LOGS, MEMORANDUMS, NOTES, TELEPHONE MESSAGES AND CONVERSATION NOTES, COLOR PRINTS OF PHOTOGRAPHS, COPIES OF AUDIO AND/OR VIDEO TAPES, SAN ANTONIO POLICE DEPARTMENT CAR CAM VIDEO(S), COBAN OR BODY CAM VIDEO AND OR DRONE VIDEO, WITNESS STATEMENTS, DRAWINGS, DIAGRAMS, ACCIDENT RECONSTRUCTION TEAM RECORDS AND REPORTS, ANY/ALL INFORMATION**

**AND/OR DOCUMENTS RELATING TO CAUSATION OF THE ACCIDENT, EVENT INFORMATION DETAIL, EVENT CHRONOLOGY LOGS, CASE DETAIL SHEETS, CASE RESPONSE LOGS, ALL DATA IN CONNECTION WITH REQUESTS FOR SUPPORT AND SERVICES RENDERED BY EMS AND/OR POLICE DEPARTMENT, AND OTHER DATA COMPILATION IN ANY FORM PERTAINING TO THE INCIDENT REFERENCED ABOVE.**

to which the witness may have access pertaining to:

**CASE ID: 23204712**
**DATE OF INCIDENT: 9/12/2023**

and to deliver all such records to the officer authorized to take this deposition so that photographic

reproductions of the same may be made and attached to said deposition.

Respectfully submitted,

Abel Trevino
_____

MR. ABEL TREVINO
LAW OFFICES OF THOMAS J. HENRY
STATE BAR OF TEXAS
Identification No.
24081181
AbelTrevino@tjhlaw.com
521 STAAR STREET
CORPUS CHRISTI, TEXAS 78401
Phone: (361) 985- 0600
Fax: (888) 956-8001

Signed with written permission
given by MR. ABEL TREVINO

*Salisha Ali Sookdeo*

By: _____
**SALISHA ALI SOOKDEO**
SPARKLING CITY RECORDS, LLC
4306 SOUTHPOINT WAY
FULSHEAR, TEXAS 77441
Tel: (361) 992-9868
Fax: (409) 373- 9133

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY THAT A TRUE AND EXACT COPY OF THE FOREGOING <u>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS</u> WAS DELIVERED TO THE RESPECTIVE PARTIES OR ATTORNEYS OF RECORD BY:


___X___ MR. CURTIS J. KURHAJEC, FAX: (512) 474-1901


___X___ SAN ANTONIO POLICE DEPARTMENT, SAPDsubpoenas@sanantonio.gov


February 6, 2025


_Salisha Ali Sookdeo_
_____

SPARKLING CITY RECORDS, LLC
4306 SOUTHPOINT WAY
FULSHEAR, TEXAS 77441


* SHOULD YOU DESIRE COPIES OF THE RECORDS SUBMITTED TO YOUR FILES, PLEASE CONTACT SPARKLING CITY RECORDS, LLC.

**CAUSE NO. 2024CI08833**

| | | |
|---|---|---|
| **BARBARA GERWITZ** | § | **IN THE 57TH JUDICIAL** |
| | § | |
| **V.** | § | **DISTRICT COURT, IN AND FOR** |
| | § | |
| **GERARD ENDRES AND PV HOLDING CORP.** | § | |
| **D/B/A P VEHICLE HOLDING CORP.** | § | **BEXAR COUNTY, TEXAS** |

### DIRECT QUESTIONS TO BE PROPOUNDED TO
### THE CUSTODIAN OF ACCIDENT/INCIDENT RECORDS FOR:

SAN ANTONIO POLICE DEPARTMENT
315 S. SANTA ROSA AVE.
SAN ANTONIO, TEXAS 78207

**RECORDS PERTAIN TO: CASE ID: 23204712**
**DATE OF INCIDENT: 9/12/2023**

1. STATE YOUR NAME, ADDRESS AND OCCUPATION.
   ANSWER: _____

2. STATE WHETHER OR NOT YOU ARE A CUSTODIAN OF ACCIDENT/INCIDENT RECORDS FOR THE ABOVE-NAMED PLACE OF BUSINESS.
   ANSWER: _____

3. STATE WHETHER OR NOT YOU HAVE IN YOUR CUSTODY OR SUBJECT TO YOUR CONTROL THE RECORDS PERTAINING TO THE ABOVE-NAMED ACCIDENT/INCIDENT.
   ANSWER: _____

4. PLEASE HAND TO THE NOTARY PUBLIC TAKING THIS DEPOSITION A COMPLETE COPY OF ALL SUCH RECORDS. HAVE YOU DONE AS REQUESTED?
   ANSWER: _____

5. PLEASE STATE WHETHER OR NOT YOU CAN VERIFY THAT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING QUESTION ARE A COMPLETE AND ACCURATE COPY OF THE RECORDS.
   ANSWER: _____

6. PLEASE STATE WHETHER OR NOT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO QUESTION NO. 4 WERE KEPT IN THE REGULAR COURSE OF BUSINESS.
   ANSWER: _____

7. PLEASE STATE WETHER OR NOT IT WAS IN THE REGULAR COURSE OF BUSINESS FOR AN EMPLOYEE OF THE OFFICE, WITH PERSONAL KNOWLEDGE OF THE ACTS RECORDED TO MAKE THIS RECORD OR TO TRANSMIT INFORMATION, WHICH IS INCLUDED IN THIS RECORD.
   ANSWER: _____

8. PLEASE STATE WHETHER OR NOT THE ACCIDENT/INCIDENT RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING INQUIRIES WERE MADE AT OR NEAR THE TIME OF THE ACT, WHICH IS RECORDED, OR REASONABLE SOON THEREAFTER.
   ANSWER: _____

X _____
WITNESS (CUSTODIAN OF RECORDS)

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _____, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AS STATED. I FURTHER CERTIFY THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORIGINAL RECORDS.

GIVEN UNDER MY HAND AND SEAL OF OFFICE,

THIS _____ DAY OF _____, 2025.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF _____

MY COMMISSION EXPIRES:
_____

**CAUSE NO. 2024CI08833**

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE 57TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT, IN AND FOR |
| | § | |
| GERARD ENDRES AND PV HOLDING CORP. | § | |
| D/B/A P VEHICLE HOLDING CORP. | § | BEXAR COUNTY, TEXAS |

<u>**NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS**</u>

To DEFENDANT
By and through the Attorney of records for DEFENDANT

MR. CURTIS J. KURHAJEC
NAMAN, HOWELL, SMITH & LEE, PLLC
200 CONCORD PLAZA DRIVE, STE 650
AUSTIN, TEXAS 78731

AND TO WITNESS: T-MOBILE SUBPOENA COMPLIANCE

You will please take notice that after twenty (20) days from the service of a copy hereof with attached

questions, a deposition by written questions will be taken of the Custodian of Records for:

T-MOBILE SUBPOENA COMPLIANCE
4 SYLVAN WAY
PARSIPPANY, NJ 07054

before a Notary Public, which attached questions may be used in evidence upon the trial of the above styled

and numbered cause pending in the above-named court.

Notice is further given that request is here made as authorized under Rule 200, Texas Rules of Civil

Procedure, to the officer authorized to take this deposition to issue a subpoena duces tecum and cause it to be

served on the witness to produce records, including but not limited to:

**DOCUMENTS TO BE PRODUCED SHOULD INCLUDE BUT NOT LIMITED TO:**
**ANY AND ALL CELL PHONE RECORDS AND ACTIVITY RECORDS INCLUDING BUT NOT**
**LIMITED TO: COMPLETE RECORDS OF ALL CALL DETAIL RECORDS, CALL HISTORY,**
**ALL INCOMING AND OUTGOING CELL PHONE CALLS, INCLUDING THE RECORDS,**
**TIME AND DURATION OF INBOUND AND OUTBOUND CALLS; ALL INCOMING AND**
**OUTGOING SMS AND TEXT MESSAGES, CALL LOGS, EMAILS; GPS; INTERNET USUAGE'**

**MOBILE DATA INFORMATION AND OTHER AVAILABLE FOR THE TIME PERIODS, PERTAINING TO GERARD ENDRES.**

**IF T-MOBILE WAS NOT THE CARRIER AT THE TIME RECORDS ARE REQUESTED FOR, PLEASE PROVIDE THE NAME OF THE CARRIER.**

to which the witness may have access pertaining to:

**CELL PHONE NO.: (787) 628-9001**
**DATE OF SERVICE: 09/12/2023 FROM 1:50PM TO 3:50PM (CST)**

And to deliver all such records to the officer authorized to take this deposition so that photographic

reproductions of the same may be made and attached to said deposition.

Respectfully submitted,

Abel Trevino
_____
MR. ABEL TREVINO
LAW OFFICES OF THOMAS J. HENRY
STATE BAR OF TEXAS
Identification No.
24081181
AbelTrevino@tjhlaw.com
521 STAAR STREET
CORPUS CHRISTI, TEXAS 78401
Phone: (361) 985-0600
Fax: (888) 956-8001

Signed with written permission:
Given by MR. ABEL TREVINO

By: _____
**SALISHA ALI SOOKDEO**
SPARKLING CITY RECORDS, LLC
4306 SOUTHPOINT WAY
FULSHEAR, TEXAS 77441
Tel: (361) 992-9868
Fax: (409) 373-9133

**<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY THAT A TRUE AND EXACT COPY OF THE FOREGOING <u>NOTICE OF INTENTION</u> <u>TO TAKE DEPOSITION BY WRITTEN QUESTIONS</u> WAS DELIVERED TO THE RESPECTIVE PARTIES OR ATTORNEYS OF RECORD BY:


___X___   MR. CURTIS J. KURHAJEC, FAX:


___X___   T-MOBILE SUBPOENA COMPLIANCE, LERINBOUND@T-MOBILE.COM


March 14, 2025


_Salisha Ali Sookdeo_
_____

SPARKLING CITY RECORDS, LLC
4306 SOUTHPOINT WAY
FULSHEAR, TEXAS 77441


* SHOULD YOU DESIRE COPIES OF THE RECORDS SUBMITTED TO YOUR FILES, PLEASE CONTACT SPARKLING CITY RECORDS, LLC.

**CAUSE NO. 2024CI08833**

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE 57TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT, IN AND FOR |
| | § | |
| GERARD ENDRES AND PV HOLDING CORP. | § | |
| D/B/A P VEHICLE HOLDING CORP. | § | BEXAR COUNTY, TEXAS |

<u>DIRECT QUESTIONS TO BE PROPOUNDED TO</u>
<u>THE CUSTODIAN OF CELL PHONE RECORDS FOR:</u>

T-MOBILE SUBPOENA COMPLIANCE
4 SYLVAN WAY
PARSIPPANY, NJ 07054

**RECORDS PERTAIN TO: CELL PHONE NO.: (787) 628-9001**
**DATE OF SERVICE: 09/12/2023 FROM 1:50PM TO 3:50PM (CST)**

1. STATE YOUR NAME, ADDRESS AND OCCUPATION.
   ANSWER: _____

2. STATE WHETHER OR NOT YOU ARE A CUSTODIAN OF CELL PHONE RECORDS FOR THE ABOVE-NAMED PLACE OF CELL PHONE NUMBER.
   ANSWER: _____

3. STATE WHETHER OR NOT YOU HAVE IN YOUR CUSTODY OR SUBJECT TO YOUR CONTROL THE RECORDS PERTAINING TO THE ABOVE-NAMED CELL PHONE NUMBER.
   ANSWER: _____

4. PLEASE HAND TO THE NOTARY PUBLIC TAKING THIS DEPOSITION A COMPLETE COPY OF ALL SUCH RECORDS. HAVE YOU DONE AS REQUESTED?
   ANSWER: _____

5. PLEASE STATE WHETHER OR NOT YOU CAN VERIFY THAT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING QUESTION ARE A COMPLETE AND ACCURATE COPY OF THE RECORDS.
   ANSWER: _____

6. PLEASE STATE WHETHER OR NOT THE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO QUESTION NO. 4 WERE KEPT IN THE REGULAR COURSE OF BUSINESS.
   ANSWER: _____

7. PLEASE STATE WETHER OR NOT IT WAS IN THE REGULAR COURSE OF BUSINESS FOR AN EMPLOYEE OF THE OFFICE, WITH PERSONAL KNOWLEDGE OF THE ACTS RECORDED TO MAKE THIS RECORD OR TO TRANSMIT INFORMATION, WHICH IS INCLUDED IN THIS RECORD.
ANSWER: _____

8. PLEASE STATE WETHER OR NOT THE CELL PHONE RECORDS YOU HAVE FURNISHED TO THE NOTARY PUBLIC IN RESPONSE TO THE FOREGOING INQUIRIES WERE MADE AT OR NEAR THE TIME OF THE ACT, WHICH IS RECORDED, OR REASONABLE SOON THEREAFTER.
ANSWER: _____

X _____
WITNESS (CUSTODIAN OF RECORDS)

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _____, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT IN THE CAPACITY THEREIN STATED, AND ACKNOWLEDGED TO ME THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AS STATED. I FURTHER CERTIFY THAT THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORIGINAL RECORDS.

GIVEN UNDER MY HAND AND SEAL OF OFFICE,

THIS _____ DAY OF _____, 2025.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF _____

MY COMMISSION EXPIRES:
_____

## SUBPOENA DUCES TECUM
### CAUSE NO. 2024CI08833

STATE OF TEXAS
COUNTY OF BEXAR

To any Sheriff or constable of the State of Texas or other person authorized to serve subpoenas under Rule 176 T.R.C.P. – GREETING:

YOU ARE HEREBY COMMANDED TO SUBPOENA AND SUMMON THE following witness: CUSTODIAN OF **CELL PHONE RECORDS** FOR:

T-MOBILE SUBPOENA COMPLIANCE
4 SYLVAN WAY
PARSIPPANY, NJ 07054

to be and appear before a Notary Public in the State of Texas at the office of the custodian and there to make answers under oath of certain written questions to be propounded to the Custodian of Records and to produce and permit inspection and copying of the following designated documents or tangible things in the possession, custody, or control of that person and deliver to SPARKLING CITY RECORDS, LLC. 4306 SOUTHPOINT WAY, FULSHEAR, TEXAS 77441: all records, including but not limited to:

**DOCUMENTS TO BE PRODUCED SHOULD INCLUDE BUT NOT LIMITED TO:**
**ANY AND ALL CELL PHONE RECORDS AND ACTIVITY RECORDS INCLUDING BUT NOT LIMITED TO: COMPLETE RECORDS OF ALL CALL DETAIL RECORDS, CALL HISTORY, ALL INCOMING AND OUTGOING CELL PHONE CALLS, INCLUDING THE RECORDS, TIME AND DURATION OF INBOUND AND OUTBOUND CALLS; ALL INCOMING AND OUTGOING SMS AND TEXT MESSAGES, CALL LOGS, EMAILS; GPS; INTERNET USUAGE' MOBILE DATA INFORMATION AND OTHER AVAILABLE FOR THE TIME PERIODS, PERTAINING TO GERARD ENDRES.**


**IF T-MOBILE WAS NOT THE CARRIER AT THE TIME RECORDS ARE REQUESTED FOR, PLEASE PROVIDE THE NAME OF THE CARRIER.**

to which the witness may have access pertaining to:

**CELL PHONO NO.: (787) 628-9001**
**DATE OF SERVICE: 09/12/2023 FROM 1:50PM TO 3:50PM (CST)**


at any and all times whatsoever. Then and there to give evidence at the instance of attorney MR. ABEL TREVINO, for the PLAINTIFF, BARBARA GERWITZ, in that certain CAUSE NO. 2024CI08833 pending on the docket of the County Court at Law No. 57TH, in and for BEXAR County, Texas. This Subpoena is issued under and by virtue of authority of a notice duly served and on file with the above-named court, in which BARBARA GERWITZ is the Plaintiff and GERARD ENDRES AND PV HOLDING CORP. D/B/A P VEHICLE HOLDING CORP. is the Defendant, and there remain from day to day and time to time until discharged according to law. Texas Rules of Civil Procedure, Rule 176.8 (a) CONTEMPT. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed contempt of the court from which the subpoena is served, and may be punished by fine or confinement, or both.

WITNESS MY HAND, this is the 14th day of March 2025.



_____
Notary Public State of Texas
My commission expires: **02/10/2026.**


### PROOF OF SERVICE

Came to hand this the 14th day of March 2024, and executed this the 14th day of March 2025, in the following manner: By delivering to the within named witness CUSTODIAN OF CELL PHONE RECORDS a true copy hereof; service was made on the 14th day of March in the following manner VIA LERINBOUND@T-MOBILE.COM

Returned this the 14th day of March 2025.


_____

OFFICER

**CAUSE NO. <u>2024CI08833</u>**

| | | |
|---|---|---|
| **BARBARA GERWITZ,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | **57TH JUDICIAL DISTRICT** |
| | § | |
| **GERARD ENDRES,** | § | |
| *Defendant* | § | **BEXAR COUNTY, TEXAS** |

**PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE**
**Rule 106(b)(2)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES PLAINTIFF BARBARA GERWITZ,** Movant, and asks the Court to authorize substituted service on Defendant **GERARD ENDRES** by serving Defendant electronically in accordance with Texas Rules of Civil Procedure Rule 106(b)(2) and, in support thereof, would respectfully show unto the Court as Follows:

**INTRODUCTION**

1.    Plaintiff filed suit against Defendant on April 30, 2024 for negligence, negligence per se and gross negligence arising out of an automobile accident on September 12, 2023.

2.    Plaintiff filed Plaintiff's First Amended Petition on October 16, 2024 for causes of action against a Co-Defendant.

3.    Since filing Plaintiff's Original Petition, Plaintiff has been attempting to get personal service against Defendant **GERARD ENDRES**, but have been unable to confirm an address for service.

4.    Movant attaches the Affidavit of Non-Service in support of this motion for substitute service of process and incorporates it by reference as Exhibit "A."

5.      Defendant **GERARD ENDRES's** last known address was 64 Avaneda Conado, Apt. #801, San Juan, PR 00907.

6.      On March 21, 2025, Affiant spoke with **GERARD ENDRES** at 787-628-9001. Defendant confirmed that he was in the subject motor vehicle collision made basis for this lawsuit. Defendant confirmed that his mailing address is P.O. Box 16756, San Juan, PR, 00908.

7.      Affiant is contemporaneously sending a certified copy, return receipt requested, of the to the P.O. Box provided by Defendant. Plaintiff believes that sending an electronic copy by text message to 787-628-9001 would be reasonably effective in providing notice of suit to the Defendant in conjunction with Affiant's attempted service by Texas Rule of Civil Procedure 106(a)(2

## ARGUMENT & AUTHORITIES

8.      Movant asks the Court to authorize Movant to serve Defendant **GERARD ENDRES** by electronic service by:

> 1. Texting/sending a .pdf copy of Plaintiff's Motion along with Citation and Plaintiff's First Amended Petition to Defendant **GERARD ENDRES** by phone messaging services to 787-628-9001.

> 2. Any other means deemed reasonably by the Court that would give Defendant **GERARD ENDRES** reasonable notice as set out in Texas Rules of Civil Procedure Rule 106(b)(2).

## PRAYER

Movants prays the Court grant and enter an order authorizing substituted electronic service for Defendant **GERARD ENDRES** by the above enumerated means, and for such other and further relief to which Movant may be entitled to, both at law and in equity.

Thomas J. Henry Injury Attorneys
5711 University Heights Blvd, Ste 101
San Antonio, Texas 78249
Tel. (210)656-1000
Fax. (361)985-0601

By: _____
**ABEL TREVINO**
**STATE BAR NO. 24081181**
*email:abeltrevino-svc@tjhlaw.com
email: abeltrevino@tjhlaw.com
**ATTORNEYS FOR PLAINTIFF**

\* service by email to this address only

# EXHIBIT A

CAUSE NO. 2024CI08833

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| GERARD ENDRES | § | |
| Defendant. | § | 57TH JUDICIAL DISTRICT COURT |

## <u>AFFIDAVIT IN SUPPORT OF SUBSTITUTE SERVICE</u>

"The following came to hand on **Mar 13, 2025, 10:07 am**,

**CITATION WITH ATTACHED PLAINTIFF'S FIRST AMENDED PETITION TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, TRCP 194.2 NOTICE OF REQUIRED DISCLOSURES,**

For delivery to **Gerard Endres**

1) Unsuccessful Attempt: Mar 20, 2025, 8:07 pm CDT at 11631 Welch Hallow, San Antonio, TX 78254

BAD ADDRESS - I spoke to a mid 40s female that said Gerard Endres was a previous tenant of this rental. They did not know his current whereabouts.

2) Unsuccessful Attempt: Mar 21, 2025, 11:02 am CDT at Confirmed Phone: 787-628-9001

I called the following phone number that were associated with Gerard Endres and below is the results:
760-805-9631 disconnect
760-716-2376 disconnect
760-758-7048 disconnect
**787-628-9001** - I spoke to Gerard Endres who said he lives in Porto Rico and that his mailing address is **PO Box 16756 San Juan PR 00908**. He seemed skeptical, but he did confirm that he was in the vehicle accident regarding the lawsuit.

I have made diligent efforts to deliver said papers to **Gerard Endres**. I believe an efficient way to effect service is by sending the said document as attachments in a text message to **Gerard Endres'** confirmed phone number of **787-628-9001**, and/or to mail said documents to **Gerard Endres'** confirmed mailing address of **PO Box 16756 San Juan PR 00908** where it is sure to be seen by **Gerard Endres**, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **David Bush**, I am at least 18 years old, and my address is **P.O. Box 358, La Vernia, TX 78121**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Bexar** County, State of **TX**, on **March 31, 2025**.

David Bush
**Certification Number: PSC-11303**
**Certification Expiration: 01/31/2026**

FILED
4/21/2025 12:00 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Veronica Amesquita
Bexar County - 57th District Court

Case 5:25-cv-00477-FB    Document 1    Filed 04/30/25    Page 69 of 72

CAUSE NO. 2024CI08833

| | | |
|---|---|---|
| BARBARA GERWITZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| GERARD ENDRES AND | § | |
| PV HOLDING CORP. D/B/A | § | |
| P VEHICLE HOLDING CORP. | § | 57TH JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF DEFENDANT
## GERARD ENDRES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **GERARD ENDRES,** Defendant in the above-styled and numbered cause, and in answer to Plaintiff's First Amended Petition, on file herein would respectfully show to the Court the following:

### I.

Rule 193.7, Texas Rules of Civil Procedure, provides that a party's production of documents and tangible things in response to discovery authenticates the documents and tangible things for use against that party in any pretrial proceeding or at trial.

### II.

Therefore, pursuant to Rule 193.7, Texas Rules of Civil Procedure, Defendant hereby provides notice to Plaintiff of Defendant's intent to utilize all documents and tangible things produced by Plaintiff in response to discovery, including all deposition exhibits and documents obtained by oral, video, and written question depositions in any pretrial proceeding or at trial.

### III.
### GENERAL DENIAL

Defendant denies the allegations contained in Plaintiff's First Amended Petition and

demands strict proof thereof and says further that since Plaintiff has made all these allegations, she should be required to prove each and every one of them to a jury by a preponderance of all the credible evidence.

IV.
JURY DEMAND

Defendant hereby demands a trial by jury.

VII.
PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant GERARD ENDRES prays that Plaintiff take nothing by her cause of action, that Defendant receive all costs of Court, and for such other and further relief, both general and special, at law or in equity, to which Defendant may show himself justly entitled.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901

BY: _____
       Curtis J. Kurhajec
       State Bar No. 11767200
       ckurhajec@namanhowell.com

**ATTORNEYS FOR DEFENDANTS,
PV HOLDING CORP. AND
GERARD ENDRES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded in accordance with the Texas Rules of Civil Procedure on this the 18th day of April, 2025, to:

Abel Trevino
Law Offices of Thomas J. Henry
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249
**Via E-Service:**   abeltrevino-svc@tjhlaw.com


_____
CURTIS J. KURHAJEC

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Curtis Kurhajec on behalf of Curtis Kurhajec
Bar No. 11767200
ckurhajec@nhsl.com
Envelope ID: 99838347
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: GERARD ENDRES
Status as of 4/21/2025 2:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Curtis Kurhajec | 11767200 | ckurhajec@namanhowell.com | 4/18/2025 11:36:31 AM | SENT |
| Laura Mondragon | | lauramondragon@tjhlaw.com | 4/18/2025 11:36:31 AM | SENT |
| Judy Rota | | JRota-svc@tjhlaw.com | 4/18/2025 11:36:31 AM | SENT |

Associated Case Party: Barbara Gerwitz

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ABEL TREVINO | | abeltrevino-svc@tjhlaw.com | 4/18/2025 11:36:31 AM | SENT |